### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JASON R. REYNOLDS**                                                                                       **PLAINTIFF**

**V.**                                              **4:16C000768 SWW/JTR**

**HOT SPRING COUNTY DETENTION CENTER**                                   **DEFENDANTS**

### TRANSFER ORDER

Plaintiff Jason R. Reynolds has filed a *pro se* § 1983 complaint and an addendum alleging that his constitutional rights are being violated at the Hot Spring County Detention Center.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b).  The events giving rise to this action occurred in Hot Spring County, and based upon Mr. Reynolds's complaint, it appears that the individuals who are violating his constitutional rights reside in that county.

Hot Spring County is located in the Hot Springs Division of the United States District Court for the Western District of Arkansas.  The Court concludes that the interest of justice will best be served by transferring the case to that court. *See* 28 U.S.C. § 1406(a) ("district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

Accordingly, the Court immediately transfers this case to the United States District Court for the Western District of Arkansas, Hot Springs Division.

SO ORDERED this 18th day of November, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE