IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JASON R. REYNOLDS                                                                                        PLAINTIFF

v.                                 Case No. 6:16-cv-6119

SGT. MORROW *et al.*                                                       DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed April 3, 2017, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21). Judge Marschewski recommends that Plaintiff Jason R. Reynolds' case be dismissed without prejudice due to Plaintiff's failure to prosecute this case, failure to comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Courts for the Eastern and Western Districts of Arkansas, and failure to comply with the Court's orders.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of May, 2017.

                                                                         /s/ Susan O. Hickey
                                                                         Susan O. Hickey
                                                                         United States District Judge